# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CONNIE S. KENDALL,

                Plaintiff,    :    Case No. 3:16-cv-434

    - vs -                              Magistrate Judge Michael R. Merz

DAVID S. SHULKIN, Secretary,
 Department of Veterans Affairs,

                Defendant.    :

## ORDER OF RECUSAL AND CONTINUANCE

This case is before the Court on Joint Motion to Extend Discovery Deadlines (ECF No. 12). Because the requested new discovery deadline of July 2, 2018, would put that deadline well beyond the currently set dispositive motions deadline and trial date, the parties request that those dates be re-set as well.

Effective March 1, 2018, the undersigned has been recalled only on a part-time basis by the Sixth Circuit. Under those circumstances, it is not appropriate for me to continue to be assigned to this case on a full consent basis and I hereby recuse myself from this case. The Clerk is directed to reassign this case to a Dayton resident District Judge and Magistrate Judge. Those judicial officers will then re-schedule further events in the case as appropriate.

The discovery deadline, dispositive motion deadline, and trial dates herein are VACATED.

March 1, 2018.

s/ *Michael R. Merz*<br>United States Magistrate Judge